# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR PULIDO,<br><br>        Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:16-cv-01155-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 15) |

On April 21, 2017, Plaintiff filed a stipulation for an extension of time to file the opening brief. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's opening brief shall be filed on or before May 19, 2017, and all other dates in the scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __**April 24, 2017**__

UNITED STATES MAGISTRATE JUDGE