# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR PULIDO,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:16-cv-01155-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 17, 18) |

     On August 5, 2016, Plaintiff filed the present action in this court seeking review of the Commissioner's denial of an application for benefits. On August 9, 2016, the Court issued a scheduling order which was amended at the stipulation of the parties. (ECF Nos. 6, 16). After Plaintiff failed to file the opening brief in compliance with the scheduling order, an order issued requiring him to show cause why this action should not be dismissed for failure to prosecute. (ECF No. 17.) Plaintiff filed a response and an opening brief on May 31, 2017. (ECF Nos. 18, 19.) Based upon Plaintiff's response, the order to show cause shall be discharged and the opening brief shall be deemed timely filed.

/ / /

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. The order to show cause filed May 24, 2017 is DISCHARGED;
2. Defendant shall file a responsive pleading on or before June 30, 2017; and
3. Plaintiff's reply, if any, shall be filed on or before July 17, 2017.

IT IS SO ORDERED.

Dated: **June 1, 2017**

UNITED STATES MAGISTRATE JUDGE