# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR PULIDO,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:16-cv-01155-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 21) |

On June 27, 2017, Defendant filed a stipulation for an extension of time for Defendant to file a response to Plaintiff's opening brief. (ECF No. 21.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before July 12, 2017; and

2. Plaintiff's reply, if any, shall be filed on or before July 26, 2017.

IT IS SO ORDERED.

Dated: **June 27, 2017**

                                  UNITED STATES MAGISTRATE JUDGE

1