# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR PULIDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-01155-SAB<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 26) |

Plaintiff Hector Pulido ("Plaintiff") filed a motion for attorney fees and expenses pursuant to 28 U.S.C. § 2412(d) on November 20, 2017. (ECF No. 26.)

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's opposition to the motion for attorney fees shall be filed on or before **December 4, 2017**; and

2. Any reply by Plaintiff shall be filed on or before **December 11, 2017.**

IT IS SO ORDERED.

Dated: __**November 21, 2017**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1